

Jeffrey M. Zielinski
*Direct:* 215-383-0165
jzielinski@delucalevine.com

May 19, 2025

**VIA ECF**

Honorable Arun Subramanian
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street, Courtroom 15A
New York, NY 10007-1312

Re:  Philadelphia Indemnity Insurance Company v. Air Tech Cooling, Inc. et al.
USDC for the Southern District of New York - Case No.: 1:25-cv-02338-AS

Dear Judge Subramanian:

I represent Plaintiff in the above matter. Please allow this correspondence to confirm that Plaintiff is withdrawing Doc. Nos. 15 and 16 without prejudice and will file a Request to Enter Default against each Defendant under Local Civil Rule 55.1.

Thank you.

**Respectfully submitted,**

de LUCA LEVINE LLC

*Jeffrey M. Zielinski*

**JEFFREY M. ZIELINSKI**

JMZ/kag

The request is GRANTED. The briefing schedule at Dkt. 17 is adjourned sine die. The Clerk of Court is directed to terminate the motions at Dkts. 15, 16.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Dated: May 20, 2025