UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>                    Plaintiff,<br><br>        -against-<br><br>AIR TECH COOLING, INC. et al.,<br><br>                    Defendants. | 25-CV-2338 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

      Pursuant to the Court's **March 28, 2025** Order, ECF No. **8**, the parties were required to file a joint letter and proposed case management plan, the contents of which are described in that order, no later than **June 25, 2025**. To date, the parties have not done so. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **June 30, 2025**.

      SO ORDERED.

Dated: June 27, 2025
       New York, New York

                                                        ARUN SUBRAMANIAN
                                                   United States District Judge