UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PHILADELPHIA INDEMNITY INSURANCE COMPANY,<br><br>        Plaintiff,<br><br>  -against-<br><br>AIR TECH COOLING, INC.; and KEL-MAR DESIGNS, INC.,<br><br>        Defendants. | 25-CV-2338 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

  Pursuant to the Court's November 18 Order, Dkt. 29, lead counsel for defendant Kel-Mar Designs, Inc. was required to file a letter with the Court by November 20, 2025 explaining: 1) what the status of the outstanding discovery responses is, (2) why Kel-Mar hasn't violated this Court's Individual Practices with respect to good-faith discussions concerning discovery, and (3) why sanctions should not be imposed on Kel-Mar's counsel and Kel-Mar. On November 21, 2025, Kel-Mar filed on the docket its responses to Plaintiff's interrogatories and requests for production, dated November 19, 2025. To date, Kel-Mar has not filed the letter ordered by the Court. As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **November 26, 2025**. If the Court receives no letter by that date, then it will schedule a hearing to determine appropriate sanctions, relying only on the materials that were provided in accordance with this Court's deadlines.

  SO ORDERED.

Dated: November 24, 2025
    New York, New York

                 _____
                   ARUN SUBRAMANIAN
                  United States District Judge